■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO MONTALVO, Appellant.—Judgment of the Supreme Court, Kings County (Golden, J.), rendered August 12, 1983, affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816).

We note that by order dated May 7, 1985, defendant was granted leave to file a *pro se* supplemental brief, but has failed to do so. Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.